UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GIANELLI, | No. 2:13-cv-1969 JAM CKD PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| HOME DEPOT INCORPORATED, | |
| Defendant. | |

Defendant's motion to compel production of documents came on regularly for hearing July 30, 2014. Mark Schwartz and Don Dennis, Jr. appeared telephonically for plaintiff. James Conley appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

No later than August 11, 2014, plaintiff shall submit for <u>in camera</u> review unredacted copies of responsive documents for which a claim of attorney client privilege is made, along with copies of the redacted documents previously served on defendant. The documents shall be Bates stamped. Plaintiff shall also at that time serve on defendant and the court a privilege log in

/////

/////

/////

1

compliance with Federal Rule of Civil Procedure 26(b)(5). The matter shall thereafter stand submitted.

Dated: July 31, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gianelli.oah.icr