UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GIANELLI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE HOME DEPOT, INC.,<br><br>　　　　Defendant. | Case No. 2:13-CV-01969-JAM-CKD<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:　September 23, 2013<br>Trial Date:　　　September 28, 2015 |

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED THAT** the provisions of paragraphs 1 through 15 of the concurrently-filed stipulation between Plaintiff Sheila Gianelli and Defendant Home Depot U.S.A., Inc. ("Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.  The Court further orders that, consistent with Section 4 of the parties' Stipulated Protective Order, any request to seal records must comply with the procedures set forth in Local Rule 141 and must also comply with Federal Rule of Civil Procedure 26(c)(1), including that the requesting party must make a good cause showing.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　**/s/ John A. Mendez**
　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court

19805441.1

Case No. 2:13-CV-01969-JAM-CKD
[PROPOSED] ORDER