# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GIANELLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>Defendants. | Case No. 2:13-CV-01969-JAM-CKD<br><br>**ORDER REGARDING MODIFICATION OF DATES AND DEADLINES IN THE CASE MANAGEMENT ORDER TO FACILITATE MEDIATION**<br><br>Complaint Filed:  September 23, 2013<br>Trial Date:          September 28, 2015 |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT**:

(1) The parties are to complete their private mediation process by July 31, 2015.

(2) The depositions of Janise Kring, Clarence "Al" Adcock, Brian Hitchcock, Anselmo Duenas, Bob Jenkins, Rob Huerte, Chanden Pen, and Plaintiff shall be completed after mediation and no later than October 2, 2015.

(3) No other discovery deadlines are hereby modified form this Court's order in Docket No. 11.

(4) All dispositive motions shall be filed by December 4, 2015.

(5) Hearings on such dispositive motions shall be on January 13, 2016 at 9:30 a.m.

(6) The joint pretrial statement shall be filed on or before February 26, 2016.

(7) The final pretrial conference is set for March 4, 2016 at 11:00 a.m.

(8) Trial for this matter is set for April 11, 2016 at 9:00 a.m.

DATED: 4/3/2015

                        /s/ John A. Mendez_____

                        U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE
*Sheila Gianelli v. Home Depot U.S.A., Inc.*
Case No. 2:13-CV-01969-JAM-CKD

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On this date, I served the foregoing **[PROPOSED] ORDER REGARDING MODIFICATION OF DATES AND DEADLINES IN THE CASE MANAGEMENT ORDER TO FACILITATE MEDIATION** on the below-listed parties:

☒ **(BY CM/ECF SYSTEM)** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case to the following:

| | |
|---|---|
| Eric A. Woosley<br>The Law Offices of Woosley & Porter<br>1602 State Street<br>Santa Barbara, CA 93101<br>Tel No.:    (805) 897-1830<br>Fax No.:    (805) 897-1834<br>ericw@zwlegal.com<br>office@zwlegal.com | Attorneys for Plaintiff<br>SHEILA GIANELLI |
| Mark D. Schwartz<br>P. O. Box 330<br>Bryn Mawr, PA 19010<br>Tel No.:    (610) 525-5534<br>Fax No.:    (610) 525-5534<br>markschwartz6814@gmail.com | Attorney (pro hac vice) for Plaintiff<br>SHEILA GIANELLI |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 3, 2015, at Costa Mesa, California.


Rebecca L. Espinosa                              /s/
_____              _____
Type or Print Name                                Signature

20801663.1