# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GIANELLI, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>　　　　Defendants. | Case No. 2:13-CV-01969-JAM-CKD<br><br>**ORDER REGARDING MODIFICATION OF DATES AND DEADLINES IN THE CASE MANAGEMENT ORDER DOCKET NO. 32 TO FACILITATE FURTHER MEDIATION**<br><br>Complaint Filed:　September 23, 2013<br>Trial Date:　　　April 11, 2016 |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT**:

(1) The deposition of Eric Schoen shall be substituted for the deposition of Clarence "Al" Adcock ordered in Docket No. 32. The deposition of Eric Schoen shall be completed no later than December 4, 2015.

(2) The deposition of Janice Kring shall be completed by December 4, 2015.

(3) The Final session of Plaintiff's deposition is to be completed by January 15, 2016.

(4) No other discovery deadlines are hereby modified from this Court's order in Docket Nos. 11, 32.

(5) All dispositive motions shall be filed by February 9, 2016.

(6) Hearings on such dispositive motions shall be on March 8, 2016 at 1:30 p.m.

(7) The final pretrial conference is set for April 22, 2016 at 10:00 a.m. The parties joint pretrial statement shall be filed no later than April 15, 2016.

(8) Trial for this matter is set on June 6, 2016 at 9:00 a.m.

DATED: 9/18/2015              /s/ John A. Mendez
                              JUDGE OF THE U.S. DISTRICT COURT