# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA GIANELLI, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE HOME DEPOT, INC.,<br><br>　　　　　Defendants. | Case No. 2:13-CV-01969-JAM-CKD<br><br>**ORDER (AS MODIFIED BY THE COURT ) REGARDING MODIFICATION OF DATES AND DEADLINES IN THE REVISED CASE MANAGEMENT ORDER DOCKET NO. 35 TO FACILITATE CONTINUED SETTLEMENT DISCUSSIONS AND/OR FURTHER MEDIATION**<br><br>Complaint Filed:　September 23, 2013<br>Trial Date:　　　June 6, 2016 |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT**:

(1)　The second session of mediation of this matter is to be completed by March 4, 2016.

(2)　The final session of Plaintiff's deposition is to be completed by March 25, 2016.

(3)　No other discovery deadlines are hereby modified from this Court's order in Docket Nos. 11, 32, 35.

(4)　All dispositive motions shall be filed by April 19, 2016.

Case No. 2:13-CV-01969-JAM-CKD

[PROPOSED] ORDER RE MODIFICATION OF DATES IN CMO TO FACILITATE FURTHER MEDIATION

    (5)    Hearings on such dispositive motions shall be on May 17, 2016 at 1:30 p.m.

           The parties joint pretrial statement shall be filed on or before June 17, 2016.

    (6)    The final pretrial conference is set for June 24, 2016 at 10:00 a.m.

    (7)    Trial shall be set for August 1, 2016 at 9:00 a.m. in Courtroom #6.

DATED: 12/22/2015        /s/ John A. Mendez
                                    JUDGE OF THE U.S. DISTRICT COURT

233